U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT LAUDERDALE

DEFT: Hortencia Capellan (J)#   CASE NO: 00-4072-BSS
AUSA: Kathleen Rice *present*   ATTNY: Robert Rosenblatt (305) 536-3500
AGENT:   VIOL: 21:841
PROCEEDING: Initial Appearance   BOND REC: PTD

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

d- advised of charges
will hire an atty.

Spanish
intrp
needed for
Friday
arraign.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:   4-14-00   10:00am   BSS
PTO/BOND HEARING:   4-14-00   10:00am   BSS
PRELIM/ARRAIGN. or REMOVAL:   4-20-00   11:00am   BSS
STATUS CONFERENCE:
DATE: 4-10-00   TIME: 11:00am   TAPE # 00-023   PG # 5

668-868