FILED *[illegible]* D.C.
APR 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55263-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-7073-005
         ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
 )
Castellon, Hortencia )
        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)   Date and Time of Arrest: 04-08-00  7:15 am/(pm)

(2)   Language Spoken: ENGLISH

(3)   Offense(s) Charged: 21 USC 846(a)(1)

(4)   U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5)   Date of Birth: 12-03-1956

(6)   Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes [ ] No

Amount of Bond: $
Who set Bond:

(7)   Remarks:

(8)   Date: 04-10-00   (9) Arresting Officer: S/A DEAN WOLPERT
(10)  Agency: DEA         (11) Phone: 954-489-1700

(12)  Comments: