COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Hortencia Capellan (J)# | CASE NO: | 00-4072-BSS |
| AUSA: | Kathleen Rice /Robin Rosenbaum | ATTNY: | Robert Rosenblatt present |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD Hearing | BOND REC: | |

BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: _____

___ BOND SET @ $150,000 Corp Surety   Stipulated
                w/ Nebbia
CO-SIGNATURES: +$150,000 PSB co-signed by husband
                                    + surrender of passport
SPECIAL CONDITIONS:

FILED by ___ D.C.
APR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg held
Both sides stipulate
to a $150,000
Corporate Surety Bond
w/ Nebbia + $150,000 PSB
co-signed by husband
+ surrender of passport
Δ-not to be released before
a future hrg before Judge Magistrate
BSS ✓

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. or REMOVAL: | 4-20-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |
| DATE: | 4-14-00 | TIME: 10:00am | TAPE # 00-027 PG # 1 |

2600-2678