UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6099 CR-FERGUSON**

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
vs. )
)
HORTENCIA CAPELLAN, )
)
        Defendant. )
_____ )



### INDICTMENT

The Grand Jury charges that:

On or about April 8, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**HORTENCIA CAPELLAN,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in



violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| HORTENCIA CAPELLAN | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)  ___ Yes  ___ No
Number of New Defendants  ___
Total number of counts  ___

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  __YES__
   List language and/or dialect  __SPANISH__

4. This case will take  __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days     _X_       Petty      ___
   II   6 to 10 days    ___       Minor      ___
   III  11 to 20 days   ___       Misdem.    ___
   IV   21 to 60 days   ___       Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  __NO__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No)  __YES__
   If yes:
   Magistrate Case No.  __00-4072-BSS__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  __4/8/00__
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name** HORTENCIA CAPELLAN   **Case No.** _____

================================================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

================================================================
Count #: 2

_____

**Max. Penalty:**
================================================================
Count #.

**Max. Penalty:**
================================================================
Count #:

**Max. Penalty:**
================================================================
Count #:

**Max. Penalty:**
================================================================

================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.