# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Hortencia Capellan (J)#  CASE NO: 00-6099-CR-Ferguson ~~00-4072-BSS~~

AUSA: Kathleen Rice /Rosenbaum  ATTNY: Robert Rosenblatt

AGENT: ___  VIOL: ___

PROCEEDING: Arraignment  BOND REC: ___

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Interpreter Requested)
(Specify Language)

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:

INQUIRY RE COUNSEL: ___

PTD/BOND HEARING: ___

PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 5-9-00  11:00 am  BSS

DATE: 4-20-00  TIME: 11:00am  TAPE # 00-030  PG # 4

2050-2235