FILED by D.C.
APR 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-Ferguson

UNITED STATES OF AMERICA

vs

Hortencia Capellan                                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-20-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:                Address: In Custody

                          Telephone:

DEFENSE COUNSEL:          Name: Robert Rosenblatt

                          Address:

                          Telephone:

BOND SET/CONTINUED:       $ Cont'd in Custody

Bond hearing held: yes____ no  X  Bond hearing set for to be set at request of Atty.

Dated this  20  day of  April , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: /s/

Deputy Clerk

Tape No. 00-030

cc: Clerk for Judge
    U. S. Attorney