# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Hortencia Capellan (J)#     CASE NO: 00-6099-CR-Ferguson

AUSA: Kathleen Rice /Mitrani     ATTNY: Robert Rosenblatt / Rosen standing in

AGENT:     VIOL:

PROCEEDING: Nebbia Hearing     BOND REC: $150,000 Corp Surety w/nebbia $150,000 PSB co-signed by husband/ surr of passport

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

BOND SET @ $150,000 PSB + $150,000 Corp Surety (nebbia satisfied)

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as (directed /or) ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random drug testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL + SD/ED NY + NJ
12) Halfway House
13) Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

A-Sworn

FILED by ___ D.C.
APR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE:    TIME:    TAPE # 031    PG # 7

1585-1900