FILED by _____ D.C.
APR 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

Hortencia Capellan
　　Defendant,

APPEARANCE BOND

CASE NO.: 00-6099-CR-Ferguson

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 150,000    Corporate Surety Bond    *Nebulia Satisfied*

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

　_____

　_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
　WHITE to Court file
　BLUE to defendant
　GREEN to Assistant U.S. Attorney
　YELLOW to Counsel
　PINK to U.S. Marshal
　GOLD to Pretrial Services

SD/FM-2
REV. 7/90

— 1 —

DEFENDANT: Capellan
CASE NUMBER: 00-6099-CR-Ferguson

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

- a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
- b. Report to Pretrial Services as follows: _____
- c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed **substances** prohibited by law.
- d. Maintain or actively seek full-time gainful employment.
- e. _____ program.
- f. Avoid all contact with victims of or witnesses to the crimes charged.
- g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
- h. Comply with the following curfew: _____
- i. Comply with the following additional special conditions of this bond: Same as on Personal Surety Bond

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, the punishment is as follows after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to Pretrial Services
GOLD to Clerk of Court

DEFENDANT: _Capellan_

CASE NUMBER: _00-6099-CR-Ferguson_

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial offficer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __24__ day of __April__, xx __2000__, at __Ft. Lauderdale__, Florida.

Signed and acknowledged before me:  DEFENDANT: (Signature) _[signature]_

WITNESS: _____  ADDRESS: _1575 Townsend_

ADDRESS: _____  _Ave Apt #51 Bx NY_ ZIP _10412_

ZIP _____  TELEPHONE: _(718) 901-4839_

### CORPORATE SURETY

Signed his __24__ day of __April__, __00__, at __Fort Lauderdale__, Florida.

SURETY: _I.F.I.C._  AGENT: (Signature) _[signature]_

ADDRESS: _One Newark Center 20 FL_  PRINT NAME: _Gene R. Shryock_

_Newark, N.J._ ZIP: _07102_  TELEPHONE: _305-541-5566_

### INDIVIDUAL SURETIES

Signed this _____ day of _____, 19 ___, at _____, Florida.

SURETY: (Signature) _____  SURETY: (Signature) _____

PRINT NAME: _____  PRINT NAME: _____

RELATIONSHIP  RELATIONSHIP

TO DEFENDANT: _____  TO DEFENDANT: _____

ADDRESS: _____  ADDRESS: _____

TELEPHONE: _____  TELEPHONE: _____

### APPROVAL BY COURT

Date: __4-24-00__

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

-- 3 --

| It is unlawful to print this form without written consent of home office. | **POWER OF ATTORNEY**<br>INTERNATIONAL FIDELITY<br>INSURANCE COMPANY<br>Bond Department. One Newark Center. 20th Floor. Newark. NJ 07102 | POWER NUMBER II-235 |

THIS POWER VOID IF NOT USED BY: 12/31/2000

POWER AMOUNT $ 250,000.00

KNOW ALL MEN BY THESE PRESENTS that the International Fidelity Insurance Company, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint the named Executing Agent its true and lawful Attorney-in-Fact. with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety. any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person: and the said company hereby ratifies and confirms all and whatsoever its said executing agent may lawfully do and perform in the premises by virtue of these presents.

**THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF**
****TWO HUNDRED & FIFTY THOUSAND DOLLARS****

**AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.**
Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawfull conduct. adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance. This Power of Attorney is for use with Bail Bonds only and is void if altered, erased or used with other powers of this company. It is not valid in connection with Federal Immigration Bonds. A separate Power of Attorney must be attached to each bond executed Powers of Attorney must not be returned to Attorney-in-Fact. but should remain a permanent part of the court records.

IF BOND FORFEITS, attach a copy of this Power of Attorney to the forfeiture notice and mail to INTERNATIONAL FIDELITY INSURANCE COMPANY, ATTN: FORFEITURE DEPARTMENT, at the address above AND the Executing Agent named below.

Bond Amt $ 150 000 00
Case # 00-6099-CR-FURGUSON
Defendant HORTENCIA CAPELLAN
Street 1575 TOWNSEND AVE #5
City & State BR NY 10452
Appearance Date T.B.S.
Division FLA SOUTHERN DIST
Court City FORT LAUDERDALE
Court County BROWARD
State FL
Offense CONSP.
Date Filed 4-24-00
If rewrite give orig. power no. N/A
Increase or Decrease "
Executing Agent [signature]
Attorney ROBERT ROSENBLATT
Indemnitor
Address
Collateral 2 MCDL IN N.Y.

NOTICE: Stacking of Powers is strickly prohibited. No more than one power from this Surety may be used to execute any one bond.

IN WITNESS WHEREOF, said INTERNATIONAL FIDELITY INSURANCE COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by the Chairman of the Board and attested by its Secretary, this 2nd day of April, 1991.

Philip Konvitz, Chairman of the Board

Norman Konvitz, Secretary

[INTERNATIONAL FIDELITY INSURANCE CO. 1904 seal]

NOT VALID FOR IMMIGRATION BONDS

Enter Surety Assigned
Executing Agent Code # Here:

IF-IC-101 GA (10/98)

**COURT**