**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6099-CR-WDF_ Date: _6/12/00_

Clerk: ___Deloris McIntosh___ Reporter: _Paul Haferling_

USPO: _____ Interpreter: _None_

**UNITED STATES OF AMERICA** vs. _Hortencia Capellan (B)_

AUSA: _Kathleen Rice_
Defendant(s) Counsel: _Robert Rosenblatt_

Defendant(s) Present___ Not Present___ In Custody___
Reason for hearing: _Calendar Call_

Result of hearing: _Defense counsel m/cont Granted: Reset for late July_

Case Continued to: _____ Time: _____ A.M. For: _____

16