UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

HORTENCIA CAPELLAN,

Defendant.
_____/



## DEFENDANT, HORTENSIA CAPELLAN'S MOTION FOR CONTINUANCE

COMES NOW the Defendant, HORTENSIA CAPELLAN, by and through undersigned counsel and respectfully request this Court to continue this matter currently set for trial the two week period commencing June 19, 2000, and as grounds states as follows:

1. That the Defendant was arrested on or about April 8, 2000, the undersigned has not yet had adequate time to investigate this matter sufficiently due to extremely heavy trial calendar.

2. That the below cases are all cases that were set for trial during the trial period between mid May and June 12th:

Parnell vs. Grand Bay, Case No. 97-20543 CA 02 before the Honorable Ronald Friedman, set for 2 week trial period commencing May 30, 2000.

Machado vs. American Liquor Store. Case No. 97-3492 CA 10 before the Honorable Margarita Esquiroz, set for 2 week trial period commencing June 12, 2000.

Sanchez vs. SunBay, Case No. 98-6711 CA 09 before the Honorable Thomas Wilson, Jr. set for 2 week trial period commencing June 12, 2000.

Harrell vs. Value, 98-15416 CA 05, before the Honorable Jon Gordon, set for 2 week trial period commencing June 12, 2000.

Ramos vs. Agean, Case No. 97-7080 CA 09, before the Honorable Thomas Wilson, Jr., set for 2 week trial period commencing June 12, 2000.

Durand vs. AAA, Case No. 97-18626 CA 03, before the Honorable Stuart Simons, set for 2 week trial period commencing June 12, 2000.

3.     In addition the undersigned has scheduled family vacation to commence June 26, 2000 for approximately 2 weeks.

4.     That the undersigned has discussed this matter with Kathleen Rice, Esq., Assistant United States Attorney. Mrs. Rice has graciously not opposed the relief sought in this matter.

5.     As an additional ground, the Defendant's 14 year old daughter is graduating on June 22, 2000. She would like to attend the graduation. This would conflict with the 1st week of the trial calendar. A copy of the graduation announcement is attached to this motion as Exhibit "A".

WHEREFORE, based on the above, the undersigned respectfully requests this court to grant a continuance for the benefit of the defendant and re-set this matter for trial sometime in late July of 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this June 8, 2000, to: Kathleen Rice, Esq., Assistant Untied States Attorney, 500

East Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33394.

> THE ROSENBLATT LAW FIRM
> 7695 S.W. 104th Street
> Second Floor
> Pinecrest, Florida 33156
> (305) 536-3300
>
> By:_____
>   ROBERT A. ROSENBLATT