

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,
Vs.

HORTENCIA CAPELLAN
Defendants.

Case No. 00-6099-CR-FERGUSON

FILED BY D.C.
JUN 16 2000

**ORDER GRANTING MOTION TO CONTINUE TRIAL**

THIS CAUSE is before the Court on the above-mentioned motion filed, by defendants, on June 12, 2000 The Court having considered the motion and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **July 31, 2000, and Calendar Call is scheduled for 3:15 p.m. on Monday . July 24, 2000**. before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (6/12/00 to 7/31/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this 16th day of June 2000.

WILKIE D. FERGUSON, JR
UNITED STATES DISTRICT JUDGE

Kathleen Rice, AUSA, Robert Rosenblatt, Esq.,

