United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. **HORTENCIA CAPELLAN**              DOCKET NO. **00-6099-CR-FERGUSON**

Petition for Action on Conditions of Pretrial Release

COMES NOW **LIZA LLANOS**, Pretrial Services Officer, presenting an official report upon the conduct of defendant **HORTENCIA CAPELLAN** who was placed under pretrial release supervision by the **HONORABLE BARRY S. SELTZER** sitting in the court at **FT. LAUDERDALE,** on the **24TH day of APRIL 2000** under the following conditions:

1-$150,000 Corporate Surety Bond with Nebbia;and $150,000 Personal Surety
2-Report to Pretrial Services as directed
2-Travel restricted to SD/FL, SD/NY, ED/NY, and District of New Jersey
3-Random urinalysis drug testing and/or treatment as deemed by Pretrial Services
4-Surrender passport to Pretrial Services
5-Maintain gainful employment
6-Refrain from contact with victims or witnesses
7-Refrain from possessing firearms
8-Maintain residence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has violated the special condition of release that she report to Pretrial Services as directed, by way of failing to report to Pretrial Services in person on 6/23/00 and 6/30/00 and by absconding from supervision.

**PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING VIOLATION OF CONDITIONS OF RELEASE PURSUANT TO THE PROVISIONS OF TITLE 18 USC 3148.**

ORDER OF COURT

Considered and ordered this _____
19 Day of _____, _____
and ordered filed and made a part of the records in the above case,

_____
Honorable Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

_____
Liza Llanos
U.S. Pretrial Services Officer

Place  Ft. Lauderdale, FL
Date  July 17, 2000