**United States District Court**
**for the**
**Southern District of Florida**


Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
District Court
Southern District of Florida
By _____ Deputy Clerk
Date 07-19-00

United States of America
v
**HORTENCIA CAPELLAN**

## WARRANT FOR ARREST

Case Number: **00-6099-CR-FERGUSON**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **HORTENCIA CAPELLAN** _____

and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   **X** Violation of Pretrial Petition

charging her with (brief description of offense)

The defendant has violated the special condition of release that she report to Pretrial Services as directed, by way of failing to report to Pretrial Services in person on 6/23/00 and 8/30/00 and by absconding from supervision,

in violation of Title __18__   United States Code, Section(s) __3148__

LIZA LLANOS                           United States Pretrial Services Officer
Name of Issuing Officer                Title of Issuing Officer

/s/ Llanos                            July 19, 2000, Fort Lauderdale, FL.
Signature of Issuing Officer           Date and Location

Bail fixed at $ __NO BOND__           by _____
                                       Hon. BARRY S. SELTZER
                                       U.S. MAGISTRATE JUDGE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |