**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 00-6099-CR-FERGUSON**

**UNITED STATES OF AMERICA**
　Plaintiff,

v.

**HORTENCIA CAPELLAN**
　Defendant
　and
**I.F.I.C.,**
　Corporate Surety,
　and
**JUAN ABREU**
　Personal Surety.
_____/



## MOTION TO DELAY REVOCATION AND ESTREATURE

**COMES NOW** the Corporate Surety, I.F.I.C., by and through undersigned counsel and moves this Court to delay the entry of its estreature of an Appearance Bond of the Defendant HORTENCIA CAPELLAN, as follows:

1. On or about April 24th, 2000, Defendant HORTENCIA CAPELLAN and I.F.I.C., executed a Corporate Surety Appearance Bond on behalf of the Defendant in the sum of $150,000.00 to guarantee the Defendant's appearance as Ordered by the Court. In addition, the Defendant HORTENCIA CAPELLAN executed a Personal Surety Appearance Bond in the sum of $150,000.00.

2. On or about July 19th, 2000, an Arrest Warrant was issued by the Court.

3. I.F.I.C., as Corporate Surety for the Defendant, was not aware of the Arrest Warrant or possible bond estreature until the week of April 8th, 2001. Consequently, I.F.I.C., has not had the opportunity to produce the

**NON-COMPLIANCE OF S.D. fla. L.R.** 5.1/A/

23

Defendant, HORTENCIA CAPELLAN.

**WHEREFORE,** I.F.I.C., respectfully requests this Court to delay the entry of estreature and Final Judgment of forfeiture of the Appearance Bond for a period of ninety (90) days so that he may attempt to produce the body of HORTENCIA CAPELLAN.

## CERTIFICATION

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via US Mail to: Hortencia Capellan, 1575 Townsend Avenue, #5, Bronx, NY 10452, and: Kathleen Rice, Esq., Assistant United States Attorney's Office, 299 East Broward Blvd , Fort Lauderdale, Fl 33301, Gene Shyrock, Agent for I.F.I.C., One Newark Center, 20th Floor, Newark, NJ 07102, and: Juan Abreu, 1575 Townsend Avenue, #5, Bronx, NY 10452, and: Robert Rosenblatt, Esq., 7695 SW 104th Street, 2nd Floor, Pinecrest, FL 33156, on this 16th day of April, 2001

Respectfully submitted,

IAN S. SEITEL, PA
633 SE 3RD AVE. SUITE 4F
FT. LAUDERDALE, FL 33301
(954) 524-1127

BY: _____
IAN S. SEITEL, ESQUIRE
FLORIDA BAR NO. 290033