UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6099-CR-FERGUSON

**UNITED STATES OF AMERICA**
Plaintiff,

v.

**HORTENCIA CAPELLAN**
Defendant
and
**I.F.I.C.**,
Corporate Surety,
and
**JUAN ABREU**
Personal Surety.
_____/



TO:  Hortencia Capellan,
1575 Townsend Avenue, #5,
Bronx, NY 10452

Kathleen Rice, Esq.,
Assistant United States Attorney's Office,
299 East Broward Blvd.,
Fort Lauderdale, Fl 33301

Gene Shyrock, Agent for I.F.I.C.,
One Newark Center, 20th Floor,
Newark, NJ 07102

Juan Abreu,
1575 Townsend Avenue, #5,
Bronx, NY 10452

Robert Rosenblatt, Esq.,
7695 SW 104th Street, 2nd Floor,
Pinecrest, FL 33156,

### NOTICE OF CHANGE OF ADDRESS

**COMES NOW**, IAN S. SEITEL, P.A., attorney in the above styled matter and files this Notice of Change of Address, effective May 1st, 2001, and requests all future documents and pleadings be sent to:

LAW OFFICE OF IAN S. SEITEL P.A.,
JUSTICE BUILDING
524 South Andrews Avenue, Suite 200N
FORT LAUDERDALE, FL 33301
(954) 524 1127: Phone

**CERTIFICATION**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the above addressee(s) via US Mail on this 1st day of May, 2001.

Respectfully submitted,
IAN S. SEITEL, P.A.
633 SE 3rd STREET, SUITE 4F
FORT LAUDERDALE, FL 33301
(954) 524-1127
FLA. BAR #290033

IAN S. SEITEL, ESQ.