UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-FERGUSON



UNITED STATES OF AMERICA,

    Plaintiff,

v.

HORTENCIA CAPELLAN,

    Defendant,

  and

I.F.I.C.,

    Corporate Surety,

  and

JUAN ABREU

    Personal Surety.
_____/

**ORDER REVOKING SURETY AND ESTREATING APPEARANCE BONDS**

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant Hortencia Capellan and I.F.I.C. in the sum of $150,000 and the personal surety appearance bond of defendant Hortencia Capellan and Juan Abreu, in the sum of $150,000, and is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bonds of defendant Hortencia Capellan in the sums of $150,000 Personal Surety Bond and



$150,000 Corporate Surety Bond, plus interest, if any, are hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 17th day of July, 2001

WILKIE D. FERGUSON, Jr.
UNITED STATES DISTRICT JUDGE

cc:

AUSA KATHLEEN RICE/Victoria Fallick
AUSA Elizabeth Stein

Lee Nihan
Financial Section, Clerk's Office

Hortencia Capellan
1575 Townsend Ave. #5
Bronx, N.Y. 10452

Gene Shryock
Agent for I.F.I.C.
One Newark Center, 20th Floor
Newark, N.J.  07102

Juan Abreu
1575 Townsend Ave., #5
Bronx, N.Y. 10452,

Robert A. Rosenblatt, Esquire
7695 S.W. 104th Street, 2nd Floor
Pinecrest, FL 33156