

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-33

**IN RE:**

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Daniel T.K. Hurley forthwith:

```
0:01CV6616      Shotz, et al. v. Avmed Health
0:02CV60031     Hansen v. Griffin
0:02CV60552     Watts, et al. v. Dept. of Corrections
0:02CV60857     Mendez v. United States
0:02CV61089     Alliance for ADA, et al. v. JLGM, Inc.
0:02CV61387     Marmarine v. M/V Fishy Biznes II
0:02CV61549     Strategic Performance v. Health Grades, Inc.
0:02CV61652     Hartford Fire Ins. v. Techmarine Lines
0:03CV60100     United States v. 1988 Checo LET 410
0:03CV60255     Gallant v. Minnesota Mining
0:03CV60819     Hudson United Bank v. M/Y Dauntless
1:94CV0646      Brent v. United States
1:03CV20244     Smith v. United States
9:00CV9106      Quiros v. Gtech Holdings
9:02CV80057     Nocera v. Forman
9:02CV80974     Musinsky v. US Postal Services
9:02cv80607     Underwriters Lloyd's et al. V Nicon Services,
                Inc.
```

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Hurley forthwith:

```
✓0:00CR06099    United States v. Capellan
 0:00CR06168    United States v. Cohen
 0:02CR60182    United States v. Elmore
 0:02CR60213    United States v. Wojcik
```



```
0:03CR60080      United States v. Selogy
0:03CR60092      United States v. Praolini
1:96CR00882      United States v. Gutierrez
1:97CR00417      United States v. Gutierrez
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to either Chief Magistrate Judge Ann E. Vitunac or Magistrate Judge Frank J. Lynch, Jr., who are paired with Judge Hurley. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Chief Magistrate Judge Vitunac or Magistrate Judge Lynch.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

_____
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.  Judge Daniel T. K. Hurley
    Chief Magistrate Judge Ann E. Vitunac
    Magistrate Judge Frank J. Lynch, Jr.
    Magistrate Judge Lurana S. Snow
    Clarence Maddox, Court Administrator • Clerk of Court
    All Counsel of Record