UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-HURLEY

UNITED STATES OF AMERICA,

   Plaintiff,

v.

HORTENCIA CAPELLAN,

   Defendant,
_____/



## MOTION FOR FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion for final judgement of forfeiture of appearance bonds, and in support thereof, states as follows:

1. On April 24, 2000, defendant Hortencia Capellan and I.F.I.C., executed a corporate surety appearance bond on behalf of the defendant in the sum of $150,000 to guarantee the defendant's appearance as ordered by the Court.

2. On April 24, 2000, defendant Hortencia Capellan and Juan Abreu executed a personal surety appearance bond on behalf of the defendant in the sum of $150,000 to guarantee the defendant's appearance as ordered by the Court.

3. Defendant Hortencia Capellan has not honored the terms of the appearance bonds in that Hortencia Capellan failed to appear to pre-trial services as ordered by the court.

4. On April 3, 2001, a Motion for Revocation and Estreature and for Entry of a Final Judgement of Forfeiture of Appearance Bonds was filed. A proposed Final Judgement of Forfeiture of Appearance Bonds was submitted with the Motion.

5. On July 17, 2001, an Order Revoking Surety and Estreating Appearance Bonds was entered.

6. An executed Final Judgement of Forfeiture of Appearance Bonds was not entered and has never been filed as a matter of record.

WHEREFORE, the government respectfully requests that this Court grant this motion for final judgement of forfeiture of appearance bonds in the above-styled cause. A proposed Final Judgement of Forfeiture of Appearance Bonds is submitted hereof.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
DANA WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500418
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, Florida 33394
Telephone (954)356-7255
Fax No. (954)356-7336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-HURLEY

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HORTENCIA CAPELLAN,

       Defendant,

   and

I.F.I.C.,

       Corporate Surety,

   and

JUAN ABREU,

       Personal Surety.
_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant Hortencia Capellan as to the sureties $150,000, Hortencia Capellan, and Juan Abreu. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $150,000 as to the corporate surety bond $150,000 as to the personal surety bond, respectively, and the Court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Hortencia Capellan and I.F.I.C. in the sum of $150,000 as to the corporate surety bond, against defendant Hortencia Capellan and Hortencia Capellan, in the sum of $150,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this

____ day of_____,2004.

```
                                    _____
                                    DANIEL T.K. HURLEY
                                    UNITED STATES DISTRICT JUDGE
```

cc:

AUSA DANA WASHINGTON/Victoria Fallick
AUSA Elizabeth Stein (**two certified copies**)
Lee Nihan, Financial Section, U.S. District  Court
Hortencia Capellan, 1575 Townsend Ave. #5, Bronx, N.Y. 10452
Gene Shryock, Agent for I.F.I.C., 1 Newark Center, Newark, N.J.
Juan Abreu,1575 Townsend Ave., #5, Bronx, N.Y. 10452,
Robert A. Rosenblatt, 7695 S.W. 104th Street, 2nd FL, Pinecrest, FL 33156