UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HORTENCIA CAPELLAN

    Defendant,

I.F.I.C.,

    Corporate Surety,

    and

JUAN ABREU

    Personal Surety.,

_____/

FILED by _____ D.C.
MAR 10 2004
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant Hortencia Capellan as to the sureties $150,000, Hortencia Capellan, and Juan Abreu. The United States seeks to forfeit the appearance bonds posted with this Court in the sum of $150,000 as to the corporate surety bond $150,000 as to the personal surety bond, respectively, and the Court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America

have judgment against defendant Hortencia Capellan and I.F.T.C. in the sum of $150,000 as to the corporate surety bond, against defendant Hortencia Capellan and Hortencia Capellan, in the sum of $150,000 as to the personal surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be, pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in ~~Ft. Lauderdale~~ West Palm Beach, Florida, this 9th day of March, 2004.

*Daniel T.K. Hurley*
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:

AUSA DANA WASHINGTON/Victoria Fallick
AUSA Elizabeth Stein (**two certified copies**)
Hortensia Capellan, 1575 Townsend Ave. #5, Bronx, N.Y. 10452
Gene Shryock, Agent for I.F.I.C., 1 Newark Center, Newark, N.J.
Juan Abreu, 1575 Townsend Ave., #5, Bronx, N.Y. 10452,
Robert A. Rosenblatt, 7695 S.W. 104th Street, 2nd FL, Pinecrest, FL 33156